IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3123 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| PATRICIA ANN CRAGHEAD, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1)　The government's request for hearing is granted.

(2)　A hearing on the government's motion for reduction of sentence pursuant to Rule 35(b) (filings 24, 26 & 27) has been set before the undersigned United States district judge on Friday, September 22, 2006, at 12:00 noon, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

(3)　The United States Marshal is directed to return the defendant to the district for the hearing.

August 28, 2006.　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　s/ *Richard G. Kopf*
　　　　　　　　　　　　　　　　　　United States District Judge