IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:04CR3123 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| PATRICIA CRAGHEAD, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1)    The defendant will participate telephonically in the hearing on the government's motion for reduction of sentence pursuant to Rule 35(b) (filing 24) which is scheduled before the undersigned United States district judge on Friday, September 22, 2006, at 12:00 noon, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska;

(2)    The Marshal is directed not to return the defendant to the district; and

(3)    The defendant is held to have waived her right to be present.

September 7, 2006.                              BY THE COURT:

                                               s/ *Richard G. Kopf*
                                               United States District Judge