IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:04CR3123 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| PATRICIA CRAGHEAD, | ) | |
| | ) | |
| Defendant. | ) | |

On the oral motion of the government, and without objection by the defendant,

IT IS ORDERED that:

(1) The hearing on the government's motion for reduction of sentence pursuant to Rule 35(b) (filing 24) is rescheduled before the undersigned United States district judge to Friday, September 29, 2006, at 11:30 a.m., in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska;

(2) At the request of the defendant through her counsel, the defendant will participate in the hearing by telephone;

(3) The Marshal is directed not to return the defendant to the district; and

(4) The defendant is held to have waived her right to be present.

September 18, 2006.                           BY THE COURT:

                                              s/ *Richard G. Kopf*
                                              United States District Judge